1  DANIEL BRODERICK, Bar #89424
   Federal Defender
2  BENJAMIN GALLOWAY, Bar #214897
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   JAMES RICHARD GILES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. Cr.S. 09-397-JAM |
| Plaintiff, | |
| v. | STIPULATION AND ORDER RESETTING TRIAL CONFIRMATION HEARING TO CHANGE OF PLEA HEARING, AND VACATING TRIAL DATE |
| JAMES RICHARD GILES, | |
| Defendant. | Date: April 24, 2012<br>Time: 9:30 a.m.<br>Judge: John A. Mendez |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, SAMUEL WONG, Assistant United States Attorney, attorney for plaintiff, and BENJAMIN GALLOWAY, Assistant Federal Defender, attorney for defendant, that the trial confirmation hearing set for April 3, 2012 be reset to a change of plea hearing on April 24, 2012 at 9:30 a.m.. Defense counsel desires this continuance to research the federal statutes and regulations that might relate to defendant's alleged criminal conduct and to advise defendant regarding the ramifications of various proposals discussed to settle this case. Defense counsel represents that is case will resolve by defendant's guilty plea to be entered on April 24, 2012. The parties further

stipulate that the jury trial set for May 21, 2012, be vacated in light of the forthcoming change of plea.

The parties agree that: (1) time under the Speedy Trial Act should be excluded from the date of this stipulation, March 26, 2012, through and including April 24, 2012, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), for preparation of defense counsel, and Local Code T4; and (2) the ends of justice served by the granting of the requested continuance outweigh the best interests of the public and defendant in a speedy trial.

Dated: March 26, 2012　　　　Respectfully submitted,

　　　　　　　　　　　　　　　DANIEL BRODERICK
　　　　　　　　　　　　　　　Federal Defender


　　　　　　　　　　　　　　　/s/ Ben Galloway
　　　　　　　　　　　　　　　BENJAMIN GALLOWAY
　　　　　　　　　　　　　　　Assistant Federal Defender
　　　　　　　　　　　　　　　Attorney for Defendant


Dated: March 26, 2012　　　　BENJAMIN B. WAGNER
　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　/s/ Benjamin Galloway for
　　　　　　　　　　　　　　　SAMUEL WONG
　　　　　　　　　　　　　　　Assistant U.S. Attorney
　　　　　　　　　　　　　　　Attorney for Plaintiff


O R D E R

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the best interests of the public and the defendant in a speedy trial. Based on

these findings and pursuant to the stipulation of the parties, the Court hereby adopts the stipulation of the parties in its entirety as its order.  Time is excluded from computation of time within which the trial of this matter must be commenced beginning from the date of the stipulation, March 26, 2012, through and including April 24, 2012, pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)(iv) [reasonable time for defense counsel to prepare] and Local Code T4.  The trial confirmation hearing set for April 3, 2012 is hereby reset to a change of plea hearing on April 24, 2012 at 9:30 a.m.. The jury trial set for May 21, 2012, is hereby vacated.

DATED: 3/27/2012　　　　　　　　　　　/s/ John A. Mendez
　　　　　　　　　　　　　　　　　　　JOHN A. MENDEZ
　　　　　　　　　　　　　　　　　　　United States District Court Judge

3