1  DANIEL BRODERICK, Bar #89424
   Federal Defender
2  BENJAMIN GALLOWAY, Bar #214897
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   JAMES RICHARD GILES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. Cr.S. 09-397-JAM |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER RESETTING |
| v. | ) | CHANGE OF PLEA HEARING |
| | ) | |
| JAMES RICHARD GILES, | ) | Date:  May 22, 2012 |
| | ) | Time:  9:30 a.m. |
| Defendant. | ) | Judge: John A. Mendez |
| _____ | ) | |

   IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, SAMUEL WONG, Assistant United States Attorney, attorney for plaintiff, and BENJAMIN GALLOWAY, Assistant Federal Defender, attorney for defendant, that the change of plea hearing set for April 24, 2012 at 9:30 a.m. be reset to May 22, 2012 at 9:30 a.m.

   The parties have reached a tentative resolution to this matter, however, several issues are being reviewed from the prosecution's standpoint with input from the Department of Transportation and within the United States Attorney's Office.  Accordingly, this additional time is needed to obtain approval for the proposed resolution.  In addition,

defense counsel desires this continuance to research the federal statutes and regulations that might relate to defendant's alleged criminal conduct and to advise defendant regarding the ramifications of the proposal discussed to settle this case.

The parties agree that: (1) time under the Speedy Trial Act should be excluded from the date of this stipulation, April 16, 2012, through and including May 22, 2012, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), for preparation of defense counsel, and Local Code T4; and (2) the ends of justice served by the granting of the requested continuance outweigh the best interests of the public and defendant in a speedy trial.

Dated: April 16, 2012          Respectfully submitted,

                               DANIEL BRODERICK
                               Federal Defender


                               /s/ Ben Galloway
                               BENJAMIN GALLOWAY
                               Assistant Federal Defender
                               Attorney for Defendant


Dated: April 16, 2012          BENJAMIN B. WAGNER
                               United States Attorney

                               /s/ Benjamin Galloway for
                               SAMUEL WONG
                               Assistant U.S. Attorney
                               Attorney for Plaintiff


O R D E R

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court specifically finds that the ends of

2

| | |
|---|---|
| 1 | justice served by the granting of such continuance outweigh the best |
| 2 | interests of the public and the defendant in a speedy trial.  Based on |
| 3 | these findings and pursuant to the stipulation of the parties, the |
| 4 | Court hereby adopts the stipulation of the parties in its entirety as |
| 5 | its order.  Time is excluded from computation of time within which the |
| 6 | trial of this matter must be commenced beginning from the date of the |
| 7 | stipulation, April 16, 2012, through and including May 22, 2012, |
| 8 | pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)(iv) [reasonable time for |
| 9 | defense counsel to prepare] and Local Code T4. |

DATED: April 16, 2012

/s/ John A. Mendez

JOHN A. MENDEZ
United States District Judge

3